**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TIMOTHY PAUL WHITTLES,**<br><br>**Defendant.** | **CR 25-104-GF-BMM**<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant Timothy Paul Whittles pled guilty.

2. The Court entered a Preliminary Order of Forfeiture on March 26, 2026 (Doc. 42), finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

    a. Armscor of the Philippines (Squires Bingham), model M1911-A1 FS, .45 caliber pistol, S/N: obliterated; and

b. Any associated accessories and ammunition.

3.    All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Docs. 46, 46-1).

4.    To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

5.    It appears there is cause to issue a final order of forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.    The United States' Motion for Final Order of Forfeiture is GRANTED pursuant to Fed. R. Crim. P. 32.2(c)(2);

2.    The above-listed property is fully and final forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party;

3.    The United States has full and legal title to this forfeited property and may dispose of it in accordance with law when no longer needed as evidence.

DATED this 9th day of June, 2026.


Brian Morris, Chief District Judge
United States District Courts